No. 251, Misc.   PACHECO *v.* CARBERRY, SHERIFF, ET AL.
C. A. 9th Cir.   Certiorari denied.   *William Klein* and
*Edward L. Cragen* for petitioner.

No. 253, Misc.   SIWAKOWSKI *v.* BETO, CORRECTIONS
DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 254, Misc.   JONES ET AL. *v.* UNITED STATES.   C. A.
4th Cir.   Certiorari denied.   *George A. Fath* for peti-
tioners.   *Solicitor General Griswold, Assistant Attorney
General Vinson, Beatrice Rosenberg,* and *Mervyn Ham-
burg* for the United States.

No. 257, Misc.   Poos *v.* UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.

No. 259, Misc.   COLE *v.* CALIFORNIA.   Ct. App. Cal.,
2d App. Dist.   Certiorari denied.

No. 260, Misc.   DAVIS *v.* CALIFORNIA.   Super. Ct. Cal.,
County of Butte.   Certiorari denied.

No. 261, Misc.   JACKSON *v.* PERINI, CORRECTIONAL
SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 264, Misc.   MANNING *v.* BRIERLEY, CORRECTIONAL
SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 265, Misc.   ORTIZ *v.* CALIFORNIA.   Ct. App. Cal.,
2d App. Dist.   Certiorari denied.

No. 267, Misc.   MOODY *v.* PENNSYLVANIA.   Sup. Ct.
Pa.   Certiorari denied.   *Gerald I. Roth* for petitioner.